IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ARNOLD R. GALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:13-cv-00269-VJW |
| | ) | Judge Wolski |
| RAY MABUS, SECRETARY OF THE NAVY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR STAY OF THE PROCEEDINGS

The parties respectfully move for a stay of the proceedings pending this Court's ruling on the United States' motion to transfer the case back to the United States District Court for the Southern District of California. *See* Docket No. 7. The parties' Joint Preliminary Status Report ("JPSR") is due September 6, 2013. However, should this Court grant the United States' motion to transfer, the JPSR would be unnecessary. As a result, and in order to avoid unnecessary time and expense, the parties seek a stay of the proceedings. In the event that the Court denies the pending motion to transfer, the parties request 30 days to file the JPSR.

For the foregoing reasons, the parties respectfully request that the Court grant their joint motion to stay the proceedings pending a ruling on the motion to transfer and, should the Court deny the motion to transfer, order that the JPSR be filed 30 days after denial of the motion.

                Respectfully submitted,

                STUART F. DELERY
                Assistant Attorney General

                JEANNE A. DAVIDSON
                Director

                s/ Steven J. Gillingham

                STEVEN J. GILLINGHAM
                Assistant Director

| OF COUNSEL: | s/ Veronica N. Onyema |
|---|---|
| | VERONICA N. ONYEMA |
| KATHLEEN A. O'NEILL | Trial Attorney |
| Assistant Director | Commercial Litigation Branch |
| Navy Litigation Office | Civil Division |
| 720 Kennon Street, SE, Bldg. 36, Rm 233 | P.O. Box 480, Ben Franklin Station |
| Washington Navy Yard, DC 20374-5013 | Washington, D.C. 20530 |
| | Tel: (202) 353-0536 |
| | Veronica.N.Onyema@usdoj.gov |

                Attorneys for Defendant

                s/ Daniel M. DiRe

                DANIEL M. DIRE
                Donald R. Holben & Associates, APC
                5030 Camino de la Siesta, Suite 350
                San Diego, CA 92108
                Tel: (619) 220-5555
                dmd@sandiegotrialattorneys.com

August 19, 2013            Attorney for Plaintiff